■ FLORENCE MURPHY, as Executrix of MARY MURTAGH, Deceased, et al., Appellants, et al., Plaintiff, v. CITY OF NEW YORK, Respondent, et al., Defendants. (Action No. 1.) FLORENCE MURPHY, as Executrix of MARY MURTAGH, Deceased, et al., Appellants, v. ANNA SESSELMANN, Respondent. (Action No. 2.) — Motion by appellants for leave to appeal to the Court of Appeals, denied. Ughetta, Acting P. J., Kleinfeld, Christ, Brennan and Hopkins, JJ., concur.

■ NORA O'CONNELL, as Administratrix of the Estate of JOSEPH K. O'CONNELL, Deceased, Respondent, v. ENTERPRISE PAPER CORP., et al., Appellants. NEW AMSTERDAM MOTOR TRANSPORTATION CORP., Third-Party Plaintiff-Appellant, v. CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., Third-Party Defendant-Respondent.— Motion by defendants-appellants and third-party plaintiff-appellant for leave to appeal to the Court of Appeals, denied. Ughetta, Acting P. J., Kleinfeld, Christ, Brennan and Hopkins, JJ., concur.

■ ELAINE B. SELTZER, Appellant, v. LEO SELTZER, Respondent. Motion by respondent for reargument, denied. Beldock, P. J., Christ, Hill, Rabin and Hopkins, JJ., concur.

■ In the Matter of LAMONT HOLLIDAY, Appellant, v. PAUL D. MCGINNIS, as Commissioner of Correction for the State of New York, Respondent.— Motion by appellant to dispense with printing granted. The appeal will be heard on the original papers and on appellant's typewritten brief, which shall include a copy of the opinion, if any, of the court below. The appellant is directed to file six copies of his typewritten brief and to serve one copy on the District Attorney. The appellant's time to perfect the appeal is enlarged to the November Term, beginning October 22, 1962; appeal ordered on the calendar for said term. Motion by appellant for assignment of counsel denied. Ughetta, Acting P. J., Kleinfeld, Brennan, Hill and Rabin, JJ., concur.

■ In the Matter of EDWARD FRANCIS BARNICLE, JR.— Application by an attorney from the State of Illinois for admission to practice as an attorney and counselor at law in this State. Application granted. Beldock, P. J., Ughetta, Christ, Brennan and Hopkins, JJ., concur.

■ In the Matter of CHARLES THOMAS ROSS, JR.— Application by an attorney from the State of West Virginia for admission to practice as an attorney and counselor at law in this State. Application granted. Beldock, P. J., Ughetta, Christ, Brennan and Hopkins, JJ., concur.

■ In the Matter of LEONARD WENTWORTH SWETT.— Application by an attorney from the State of Illinois for admission to practice as an attorney and counselor at law in this State. Application granted. Beldock, P. J., Ughetta, Christ, Brennan and Hopkins, JJ., concur.

■ SAUL A. BRAHMS, Plaintiff, v. FUCHSBERG & FUCHSBERG, Defendants.— Motion by plaintiff for leave to appeal to this court from an order of the Appellate Term, denied. Ughetta, Acting P. J., Kleinfeld, Brennan, Hill and Hopkins, JJ., concur.

■ ANTHONY CHUPKA et al., Appellants, v. LORENZ-SCHNEIDER Co., INC., et al., Respondents. In the Matter of LORENZ-SCHNEIDER Co., INC., Appellant, et al., Petitioners, v. INTERNATIONAL BROTHERHOOD OF TEAMSTERS, Respondent. — Motion by petitioner-appellant for leave to appeal to the Court of Appeals and for a stay, denied, with $10 costs. Ughetta, Acting P. J., Kleinfeld, Brennan, Hill and Hopkins, JJ., concur.

■ GEORGE ACCOMANDO et al., Appellants, v. JOSEPH J. JOHNKE, Respondent.— Motion by appellants for reargument or for leave to appeal to the Court of Appeals, denied. Beldock, P. J., Kleinfeld, Christ, Brennan and Hopkins, JJ., concur.